UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

IN RE

**WILLIAM J. CRUMB, SR.**
**MARY BLANCHARD CRUMB**

DEBTOR(S)

**BANKRUPTCY NO.**
**12-10861**
**SECTION "B"**

CHAPTER 13

## AMENDED ORDER

This matter was scheduled to come before the Court on April 2, 2014 as a hearing on the Motion to Approve Reverse Mortgage to Pay Out Citi Mortgage, Inc. filed by the Debtors, Pro-Se **(P-27)**. Proper notice having been given and no objections having been filed,

**IT IS ORDERED** that the motion is **GRANTED.** The Debtors/Borrowers have permission to proceed with a negative amortizing HECM Reverse Mortgage transaction without paying off the Chapter 13 bankruptcy

New Orleans, Louisiana, April 9, 2014.

*/s/ J. A. Brown*
JERRY A. BROWN
BANKRUPTCY JUDGE